## No. 67.—WILLIS WOOD, Administrator, *v.* L. C. CALLOWAY.

The appeal will be dismissed if the bond has not been filed within twelve months from the date of the order. Every act required by law to perfect an appeal when taken, must be performed within the delay allowed by law for taking the appeal. 17 An. 288 ; 20 An. 236.

APPEAL from the Eleventh Judicial District Court, parish of Union. *Watkins*, J. *A. B. George*, for plaintiff and appellee. *John L. Barrett, Stubbs & Cobb*, for defendant and appellant.

TALIAFERRO, J. There is a motion to dismiss this appeal on the ground that the appeal bond was not filed within twelve months from the time of the rendition of the judgment appealed from. The judgment was rendered on the ninth of October, 1866, and no appeal bond was filed until the seventh July, 1869, more than two years and a half from the date of the judgment. The motion must prevail.

Every act required by law to perfect an appeal when taken, must be performed within the delay allowed for taking the appeal. 7 Rob. 60 ; 3 La. 77 ; 2 La. 323 ; 17 An. 233 ; 20 An. 236.

It is therefore ordered that this appeal be dismissed at costs of appellant.